KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant Whitted*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL ROWE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**D. BAUGHMAN, et al.,**<br><br>                              Defendants. | No. 2:10-cv-2843 MCE-EFB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel Rowe and Defendant Whitted stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stipulation for Voluntary with Prejudice and Order  (2:10-cv-2843 MCE-EFB)

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  September 9, 2014                                    Respectfully submitted,

*/s/ Daniel Rowe*

Daniel Rowe
*Plaintiff Pro Se*

Dated:  September 9, 2014                                    KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

Based on the parties' above stipulation and pursuant to Federal Rule of Civil Procedure 41, this action is DISMISSED with prejudice.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  September 12, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT